UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                              )
BERNARD J. LAVERTY, JR.,                      )
                                              )
    Plaintiff,                                )
                                              )
vs.                                           )
                                              )
                                              )
DAVID G. MASSAD, DAVID MANDARA                )
MARCELLO MALLEGNI, BRENDA L. MALLEGNI         )
SUSAN ALDEN, DAVID KOZIAK                     )
MICHAEL NORRIS, JANE NORRIS                   )   Civil Action No.
HEIDI NORRIS, WILLIAM DEPIETRI                )   08-40126-FDS
COMMERCE BANK AND TRUST COMPANY               )
LBM FINANCIAL, LLC                            )
WOLFPEN FINANCIAL, LLC,                       )
and STONE SERVICES, INC.                      )
                                              )
    Defendants,                               )
_____)

## STIPULATION OF DISMISSAL OF BERNARD LAVERTY'S CLAIMS AGAINST WILLIAM DEPIETRI AND WOLFPEN FINANCIAL, LLC

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) the remaining parties hereto stipulate to the dismissal of all claims of plaintiff, Bernard J. Laverty, Jr. only against defendants, William Depietri and Wolfpen Financial, LLC only, with prejudice and with each party to bear its own legal fees and costs.  The existing claims against the remaining parties in this case are not dismissed.

BERNARD J. LAVERTY, JR.

By*/s/ Ronald W. Dunbar, Jr.*
   Ronald W. Dunbar, Jr., BBO#567023
   Dunbar Law PC
   10 High Street, Suite 700
   Boston, MA 02110
   617-244-3550

WILLIAM A. DEPIETRI

By*/s/ John A. Mavricos*
   John A. Mavricos, Esq., BBO#325360
   Christopher, Hays, Wojcik & Mavricos, LLP
   370 Main Street, Suite 700
   Worcester, Massachusetts 01608
   508-792-2800

LBM FINANCIAL, LLC,
WOLFPEN FINANCIAL, LLC,
MARCELLO MALLEGNI,
SUSAN ALDEN,
DAVID KOZIK and
STONE SERVICES, INC.

By*/s/ Evans J. Carter*
   Evans J. Carter, BBO#076560
   Evans J. Carter P.C.
   P.O. Box 812
   Framingham, MA 01701
   508-875-1669

MICHAEL J. NORRIS

By*/s/ Robert A. McCall*
   Robert A. McCall, BBO#552682
   Peabody & Arnold LLP
   Federal Reserve Plaza
   600 Atlantic Avenue
   Boston, MA 02210-2261
   617-951-2100

DAVID MASSAD and
DAVID MANDARA

By*/s/ David H. Rich*
   David H. Rich, BBO#634275
   Todd & Weld LLP
   28 State Street, 31st Floor
   Boston, MA 02109
   617-720-2626

## CERTIFICATE OF SERVICE

      I, John A. Mavricos, hereby certify that on this 1st day of March, 2010, I served the foregoing on all counsel of record by causing a copy of same to be delivered by electronic notification (NEF) to all registered participants in this case and by first class mail, postage prepaid, to all non-registered participants in this case.

                                                */s/ John A. Mavricos*
                                                John A. Mavricos

T:\pleadings\Rosec101\rosec101.050.wpd